```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 27646
   JOSE L LEOS
   CATALINA B LEOS                                  CHAPTER 13

                                                    JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-2008     SSN XXX-XX-2658

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 07/13/2005 and was confirmed 08/29/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 01/28/2009.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CHASE AUTOMOTIVE FINANCE  SECURED          7657.29         1811.72        7657.29
CHASE AUTOMOTIVE FINANCE  UNSECURED      NOT FILED            .00            .00
WELLS FARGO BANK NA       CURRENT MORTG  57910.46            .00         57910.46
BEST BUY                  UNSECURED      NOT FILED            .00            .00
BLOCKBUSTER 17101         UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY        UNSECURED        8256.98            .00          825.70
CITI CARDS                UNSECURED       10073.52            .00         1007.35
VETERANS ADMINISTRATION   UNSECURED      NOT FILED            .00            .00
DIRECT LOANS BANKRUPTCY   UNSECURED        2459.10            .00          245.91
DISCOVER FINANCIAL SERVI  UNSECURED        7707.54            .00          770.75
FLEET                     UNSECURED      NOT FILED            .00            .00
HOUSEHOLD  BANK           UNSECURED      NOT FILED            .00            .00
LANE BRYANT               UNSECURED      NOT FILED            .00            .00
MARSHALL FIELDS           UNSECURED         430.05            .00           43.01
NORDSTROM FSB             UNSECURED        1293.58            .00          129.36
T-MOBILE BANKRUPTCY       UNSECURED         604.51            .00           60.45
WELLS FARGO BANK NA       MORTGAGE ARRE    5060.09            .00         5060.09
PORTFOLIO RECOVERY ASSOC  UNSECURED        1149.73            .00          114.97
CHASE AUTOMOTIVE FINANCE  SECURED             .00            .00            .00
HSBC                      UNSECURED        8020.60            .00          802.06
WELLS FARGO BANK NA       MORTGAGE NOTI  NOT FILED            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY     1,650.00                       1,650.00
TOM VAUGHN                TRUSTEE                                        5,033.29
DEBTOR REFUND             REFUND                                         3,667.29

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    86,789.70

PRIORITY                                              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 27646 JOSE L LEOS & CATALINA B LEOS
```

```
SECURED                                                    70,627.84
    INTEREST                                                1,811.72
UNSECURED                                                   3,999.56
ADMINISTRATIVE                                              1,650.00
TRUSTEE COMPENSATION                                        5,033.29
DEBTOR REFUND                                               3,667.29
                                     ---------------     ---------------
TOTALS                                     86,789.70           86,789.70
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/10/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```